1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11     JOSE GARIBAY,                          )          NO. CV 15-6087-ODW (AGR)

12              Petitioner,                    )

13              v.                             )

14     SCOTT FRAUENHEIM, Warden,              )          ORDER ACCEPTING FINDINGS
                                               )          AND RECOMMENDATION OF
15              Respondent.                    )          MAGISTRATE JUDGE

16                                             )

17                                             )

18

19              Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other

20     records on file herein, the Report and Recommendation of the United States

21     Magistrate Judge and the Objections.  Further, the Court has engaged in a *de*

22     *novo* review of those portions of the Report and Recommendation to which

23     objections have been made.  The Court accepts the findings and

24     recommendation of the Magistrate Judge.

25

26

27

28

1    IT THEREFORE IS ORDERED that judgment be entered denying the

2   Petition and dismissing this action with prejudice.

3

4   DATED: December 23, 2016

        OTIS D. WRIGHT, II
        United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2