1
2
3
4
5
6
7           UNITED STATES DISTRICT COURT
8           CENTRAL DISTRICT OF CALIFORNIA
9
10  JOSE GARIBAY,                    )      NO.  CV 15-6087-ODW (AGR)
11                  Petitioner,      )
                                     )      JUDGMENT
12      v.                           )
                                     )
13  SCOTT FRAUENHEIM, Warden,        )
                                     )
14                  Respondent.      )
15  _____      )
16          Pursuant to the Order Accepting Findings and Recommendation of United
17  States Magistrate Judge,
18          IT IS ADJUDGED that the Petition in this matter is denied and dismissed with
19  prejudice.
20
21  DATED: December 23, 2016         _____
22                                            OTIS D. WRIGHT, II
                                         United States District Judge
23
24
25
26
27
28